**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **SYLVESTER I. PAYNE,** ) | |
| ) | |
| Plaintiff, ) | Case No. CV10-9600 AJW |
| ) | |
| v. ) | |
| ) | **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

January 9, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge